929 A.2d 633

**James H. JOHNSON, Petitioner,**

v.

**COURT OF COMMON PLEAS PHILADELPHIA COUNTY and Philadelphia District Attorney, Respondents.**

**No. 77 EM 2007.**

Supreme Court of Pennsylvania.

July 17, 2007.

*ORDER*

PER CURIAM.

**AND NOW,** this 17th day of July, 2007, the Application for Leave to File Original Process is granted and the Petition for Writ of Mandamus and/or Extraordinary Relief is denied.

929 A.2d 633

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Darnell SANDERS, Petitioner.**

**No. 81 EM 2007.**

Supreme Court of Pennsylvania.

July 17, 2007.

*ORDER*

PER CURIAM.

**AND NOW,** this 17th day of July, 2007, the Motion to File Petition for Allowance of Appeal Out of Time is granted. The petition for allowance of appeal is to be filed within thirty (30) days of the date of this order.